# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145541(19)

LASALLE BANK NATIONAL
ASSOCIATION, as Trustee,
      Plaintiff-Appellee,

v

                              SC: 145541
                              COA: 305218

BEVERLY MURRAY and MATTHEW
MURRAY,                              Branch CC: 10-120818-AV
      Defendants-Third-Party
      Plaintiffs-Appellants,

and

FIRST FRANKLIN FINANCIAL
CORPORATION, FIRST FRANKLIN SERVICES
d/b/a HOME LOAN SERVICES, INC.,
      Third-Party Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 22, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                                        
d0225                                            Clerk